UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAIRE B. KATNER, WIFE OF/AND HAROLD R. KATNER | * * * | CIVIL ACTION |
| Plaintiffs, | * * | Case No. 06-9185 |
| versus | * * | Section K; Judge Duval |
| THE HARTFORD INSURANCE COMPANY | * * * | Division 5; Magistrate Chasez |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Joint Motion to Remand,

**IT IS ORDERED** that this matter be and is hereby remanded to state court.

New Orleans, Louisiana, this __1st__ day of __October__, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge